IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01917-CMA-BNB

TULIO MARTINEZ,

Plaintiff,

v.

WESTERN SUMMIT CONSTRUCTORS, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion for Leave to Amend Answer** [docket no. 14, filed February 4, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Defendant's First Amended Answer to Plaintiff's Complaint for filing.

DATED:  February 5, 2010