IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01917-CMA-BNB

TULIO MARTINEZ,

Plaintiff,

v.

WESTERN SUMMIT CONSTRUCTORS, INC.,

Defendant.

---

# ORDER

---

This matter arises on **Defendant's Motion for Leave to Amend Answer** [Doc. # 19, filed 3/4/2010] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend [Doc. # 19] is GRANTED. The Clerk of the Court is directed to accept for filing Defendant's Second Amended Answer to Plaintiff's Complaint [Doc. # 19-3].

Dated March 18, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge